UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10044-RGS

ENTERPRISE RENT-A-CAR COMPANY

v.

THE HERTZ CORPORATION

ORDER

January 12, 2004

STEARNS, D.J.

This case is hereby <u>CONSOLIDATED</u> with <u>The System Distributors, Inc., et al. v. Enterprise Rent-A-Car Company, et al.</u>, 02-CV-11390-RGS.[1] Any future pleading in either case should be filed under Civil Action Number 02-CV-11390-RGS.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] Accordingly, this case will be closed administratively.