UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| The System Distributors, Inc. and Transportation Reservation Network, Inc., and The Hertz Corporation | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | No. 02 CV 11390 RGS |
| Enterprise Rent-A-Car Company, | ) ) | No. 04 CV 10044 RGS |
| Defendant/Counterclaim Plaintiff | ) ) | |
| - and - | ) ) | |
| The Crawford Group, Inc., | ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Enterprise Rent-A-Car Company ("Enterprise") hereby dismisses without prejudice those claims asserted by Enterprise against The Hertz Corporation ("Hertz") as originally set forth in Civil Action No. 04 CV 10044-RGS.

To clarify, the dismissed claims—originally set forth in No. 04 CV 10044-RGS—were transferred to this Court from the United States District Court for the Eastern District of Missouri, and originally styled as *Enterprise Rent-A-Car Company v. The Hertz Corporation*. After having been transferred to this Court, the 04 CV 10044 action was consolidated with the matter that was already pending in this court, Civil Action No. No. 02 CV 11390 RGS, which was originally styled as *The System Distributors, Inc., Transportation Reservation Network, Inc. and The Hertz Corporation v. Enterprise Rent-A-Car Company and The Crawford Group, Inc.*

This Notice of Dismissal Without Prejudice does not concern those claims that were originally asserted by Hertz, TSD and TRN against Enterprise and Crawford in this Court prior to the consolidation with the Missouri action.

Respectfully submitted,

THOMPSON COBURN LLP

By _____
Paul A. Maddock *(admitted pro hac vice on October 22, 2002)*
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax: 314-552-7000

FOLEY HOAG LLP

Michael P. Boudett, BBO # 558757
Carter D. Morse, Jr., BBO #636645
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1000
Fax: 617-832-7000

Attorneys for Enterprise Rent-A-Car Company and The Crawford Group, Inc.

Dated: April 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via HAND DELIVERY on this 14th day of April, 2004, to:

R. David Hosp, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

_____
Carter D. Morse, Jr.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

April 14, 2004

Carter D. Morse, Jr.
Boston Office
617.832.1229
cmorse@foleyhoag.com

**By Hand Delivery**

Clerk's Office
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  *The System Distributors, Inc. and Transportation Reservation Network, Inc., and The Hertz Corporations v. Enterprise Rent-A-Car, and The Crawford Group, Inc.*
United States District Court for the District of Massachusetts
<u>Civil Action No. 02 CV 11390 RGS</u>

Dear Sir or Madam:

Enclosed herewith for filing in the above-referenced action please find Enterprise Rent-A-Car Company's Notice of Dismissal Without Prejudice. Please note that Enterprise dismisses all claims asserted by Enterprise against The Hertz Corporation, which were originally set forth in Civil Action No. 04 CV 10044-RGS before being consolidated with the pending 02 CV 11390 RGS action.

Thank you for your attention to this matter.

Very truly yours,

Carter D. Morse, Jr.

Enclosure
cc:  R. David Hosp, Esq. - By Hand (w/encl)

FHBoston/1040623.1